# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Brady K.

                        Plaintiff,

v.                                      Case No.: 1:25−cv−00759
                                               Honorable Matthew F. Kennelly

Health Care Service Corporation

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to proceed anonymously [3] is granted. The Court notes, however, that plaintiff's supporting memorandum [4], which was incorrectly docketed as a "motion," is unsigned by counsel, in contravention of Fed. R. Civ. P. 11(a). The Court will vacate its order granting plaintiff's motion to proceed anonymously unless counsel refiles the memorandum properly signed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.