# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Brady K.

                    Plaintiff,

v.                                           Case No.: 1:25−cv−00759
                                                     Honorable Matthew F. Kennelly

Health Care Service Corporation

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff has filed an amended complaint, which defendant has now moved to dismiss. The motion to dismiss the original complaint [21] is denied as moot. Plaintiff's response to the motion to dismiss the amended complaint is to be filed by 7/1/2025. Defendant's reply to the response is to be filed by 7/15/2025. The telephonic status hearing set for 6/24/2025 is vacated and reset to 7/24/2025 at 9:05 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.