# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Brady K.

                            Plaintiff,

v.                                           Case No.: 1:25−cv−00759
                                                  Honorable Matthew F. Kennelly

Health Care Service Corporation

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 8/15/2025. The defendant's motion to dismiss [25] is taken under advisement. The Court will issue a ruling on a later date. The case will be set a further status hearing after issues a ruling on the motion to dismiss. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.