# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Brady K.

                      Plaintiff,

v.                                           Case No.: 1:25−cv−00759
                                            Honorable Matthew F. Kennelly

Health Care Service Corporation

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 27, 2025:

    MINUTE entry before the Honorable Matthew F. Kennelly: The unopposed motion to amend the scheduling order [44] is granted. The deadline for amending the pleadings and adding parties, and for any motions regarding the completeness of the "administrative" record, is extended to 12/19/2025. This does not affect any other deadline set by the Court. The telephonic status hearing set for 12/10/2025 is vacated and reset to 1/7/2026 at 9:10 AM, using call−in number 650−479−3207, access code 2305−915−8729. A joint status report is to be filed by 12/31/2025 (not 12/3/2025 as previously ordered). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.